# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 3/19/2013                                                          Case Number 2:13-cr-00025
Case Style: USA vs. Myra  Miller
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                           Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government John Frail


Attorney(s) for the Defendant(s) John Wooton


Law Clerk                                                                Probation Officer Sarah Harmon

**Trial Time**


**Non-Trial Time**

Plea Hearing


**Court Time**

11:27 am   to 12:46 pm
Total Court Time: 1 Hours 19 Minutes Non-Trial Time/Uncontested Time


**Courtroom Notes**

11:00 case set

11:27 - case called - purpose of hearing for defendant to enter plea to the one-count information pursuant to a plea agreement - defense counsel confirms that is correct

Defendant sworn - gave personal information

Court read information - defendant understands

Court gave elements - defendant understands

Waiver of indictment received and filed

Court explained the provisions of the plea agreement - government read into the
record the stipulation of facts

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement and adjudges defendant guilty

Directs PSI - sentencing set for 1:30 pm on June 18, 2013

Bond - defendant released on $10,000 unsecured bond

## District Judge Daybook Entry

12:46 concluded